1983 Form

JHE/m

# In the United States District Court
# For the Northern District of Alabama

Mr. Mitchell Marbury
#138014

CV-16-K-1152-N

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Worden DeWayne Estes III
C.O.I. Beverly Warren

(Enter above full name(s) of the defendant(s) in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

2. Court (if Federal Court, name the district; if State Court, name the county)

   _____N/A_____

3. Docket Number _____N/A_____

4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓) & No (✓)

   C. If your answer is YES:

      1. What steps did you take? _Wrote Complaints/Warden and request slips and verbally complained to C.O.I. Beverly Warren_

      2. What was the result? _No response recieved; or action taken into consideration_

   D. If your answer is NO, explain why not? _There is no longer a formal grievance procedure for prisoners to exhaust within the AL. DOC..._

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Mr. Mitchell Marbury_

      Address _P.O. BOX 150 MT. MEIGS, AL 36057_

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _DeWayne Estes_

is employed as _Warden III_

at _St. Clair Correctional Facility_

C. Additional Defendants _C.O. I. Beverly Warren_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

(1) This is a civil action brought pursuant to 42 U.S.C. 1983 and First, Eighth, and Fourteenth Amendments to the U.S. Constitution. The plaintiff seeks declaratory and injunctive relief to compensate him for the harm he has suffered and continues to suffer, plaintiff also seeks compensatory and punitive damages. (2) This court has subject matter jurisdiction of this case pursuant to 42 U.S.C. 1983.

PARTIES

A. Plaintiff

3. Plaintiff Mitchell Marbury is a citizen of the United States, who is being confined to the segregation units at Kilby Corrections Facility.]

Plaintiff sues for himself as an individual.

B. Defendants

(4) Defendant DeWayne Estes is the Warden at St. Clair Corrections Facility... He is directly and immediately responsible for the operation of the institution and for the treatment afforded all inmates.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, plaintiff respectfully requests that the court assume jurisdiction of this action and award the plaintiff the following relief:

(1) Grant the plaintiff and order requiring the defendants to make him whole by granting appropriate relief, declaratory relief, awarding compensatory damages against each defendant in the amount of $25,000.00

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7-4-016__
                (date)

Mitchell Marbury #158014
Signature(s)

RELIEF CONTINUE

(Two Hundred and Fifthy Thousand Dollars); Award punitive damages against each defendant in the amount of $175,000.00 (One Hundred and Seventy-Five Thousand Dollars); Plus interest, attorney fees, expenses and cost. (2) Plaintiff further prays the court for an injunction enjoining the defendants from again engaging in the conduct complained of, ordering them to pay plaintiffs' attorney fees, cost and all expenses associated with this lawsuit. (3) Such other, further or different relief as this court may deem Just & Proper.

STATEMENT OF CLAIM-CONTINUE

within it. He is being sued in his individual capacity for damages or in his official capacity for declaratory and injunctive relief. His address is; 1000 St. Clair Road Springville, Ala 35146 . . .

(5) Defendant Beverly Warren is a correctional officer at St. Clair Corrections Facility. She is sued in her individual capacity for declaratory and injunctive relief. Her address is; 1000 St. Clair Road, Springville, Ala 35146

(6) Regarding all actions and failures to act set forth in his complaint, the defendants have acted and continues to act under color of law, rules, customs, and usages of the state of Alabama.

STATEMENT OF FACTS

(7) On or about Febuary 12, 2016, plaintiff wrote a complaint requesting Warden Estes III, to honor his word and have plaintiff moved to a more sociable surrounding and the fact plaintiff had been enrolled in school, Gadsden State Community College, and the reasons why plaintiff felt it was necessary. Plaintiff also mention the fact fact that plaintiff had witness over five stabbing and one killing, and the fact that plaintiff wasn't gang affiliated and felt that his health and safety was in jeopardy

by being in the midst of gang related individual(s). Plaintiff mention the fact the administrator personal, over movement c.o.I. Beverly Warren, have been verbally requested as well as notified by written request slips, but refuses to honor such pleas, and even stated "If plaintiff's continued to request of her for such, she would personally see to it, that it be fixed, where shall have a legal reason to deny plaintiff requests." She further stated other reasons why she felt plaintiff wasn't qualified for her designated time of employment of authority, and made remarks like "You don't enjoy hanging out with the "thugs," afraid you might get shanked!" Another day she stated "I got the keys to the city baby, your locked in."

(8) Again plaintiff filed complaints and request slips to c.o.I. Beverly Warren, the administrator recieving and bed movement personal and complaints to Warden DeWayne Estes III attempting to be moved to a more suitable block or living envoirnment, but such request seem to have fallen on death ears.

(9) On or about March 10, 2016, plaintiff was personally served disciplinaries for violation of Rule(s): 923-Indecent exposure, exhibitionism, Lewd conduct, that was written on March 2, 2016, which said to have occurred approximately 1:30 p.m. at the population breezway in plain view, from the pill-call cage.

(3)

(10) On or about March 2, 2016, plaintiff was in class after signing in at 1:00 p.m. untile 4:00 p.m. and plaintiff school instructor, and enrollment sheet will support this fact, since majority of the day he (structor) illustrated on how to work percents.

(11) Final, C.O.I. Beverly Warren had previously warned plaintiff, she was pissed about the fact plaintiff had returned, she didn't like the way plaintiff stared at her, and for plaintiff to watch himself, and without plaintiff awareness, on another day stated "have you recieved your paper work, a lie is a lie, prove it." On the day Capt. Carla Graham served plaintiff the disciplinaries, C.O.I. Beverly Warren called plaintiff off to himself and stated "When you do dirt, dirt comes back on you; what goes arround comes arround; suck it up chump!"

(12) On are about April 18, 2016, plaintiff requested C.O.I. Beverly Warren to request of Capt. Carla Graham to lock plaintiff up, due to a warning by a friend, that word was someone had the intention on hurting plaintiff, and plaintiff requested to be locked up untile transferred or the threat no longer existed, C.O.I. Beverly Warren again stated "do you really think I'ma act upon your request, after you've filed complaints and requests against me." Then she started laughing, again she stated "You don't have a shank, "if not," you need to get one, cause you isn't going to lock-up, there's no cells available, so seem like to me you've got a problem," then she walks off.

(13) On or about April 23, 2016, plaintiff was walking across the floor in the T.V. room, when he was confronted by an inmate, and as plaintiff and this inmate was talking, plaintiff was stabbed from behind, when plaintiff turn to see who it were, plaintiff couldn't see but felt blood runing down his neck and left shoulder.

(14) Plaintiff immediately takes off runing, and at this moment plaintiff vision came back, as he continued to run for his life, plaintiff was hit as he exited the P-Block, from behind in the face that fractured plaintiff nose.

(15) Once plaintiff reached the infirmiry, plaintiff head was wrapped, and he was stapled in the back and recieved staples in his upper left shoulder, before taken to the infirmiry medical room, where plaintiff remained until April 25, when plaintiff was transferred from St. Clair Corrections Facility, to Kilby Corrections Facility.

(16) Defendant DeWayne Estes have refused to take any remedial action to prevent the assaults against inmates against inmates such as Marbury. In addition, these defendants have been aware of widespread abuse at St. Clair Facility.

## PLAINTIFFS' CLAIMS

## DEPRIVATION OF PLAINTIFFS CIVIL RIGHTS, FAILURE TO PROTECT-AND-DELIBERATE INDIFFERENCE-AND-RETALIATION CLAIM...

(17) Plaintiff hereby restates, realleges and incorporates by reference herein the allegations set forth in paragraph (1) through (16) above...

(18) The plaintiff brings this action pursuant to 42 U.S.C. 1983...

(19) Based on the factual allegations set out above, the defendants, acting in their individual and in their official capacity, while acting under the color of state law, unlawfully deprived the plaintiff of his rights guaranteed to him under the constitution of the United States under the First, Eighth, and Fourteenth Amendments.

(20) The defendants have subjected plaintiff to assault which constitute cruel and unusual punishment.

(21) The defendants have violated the plaintiff's constitutional rights by failing to prevent assaults by inmates on inmates or to intervene in such assaults.

(22) By failing to take remedial action on behalf of plaintiff, defendants have shown deliberate indifference to his constitutional rights to ensure that cruel and unusual punishment is prevented.

(23) Intentional and wrongful retaliation for the assertion of a constitutionally protected right is a substantive civil rights violation which may be prosecuted in a federal court pursuant to 42 U.S.C. 1983

(24) Defendants have committed, allowed and/or permitted said violations on numerous occasions..

(25) The defendants have been aware of the pattern and practice of correctional staff deliberate indifference to inmates on inmates assaults and murders.

(26) As a result of defendants' actions, the plaintiff has suffered physical injuries and his federal protected rights have been violated.

(27) Because defendants conduct was gross, willful and oppressive, the plaintiff has and does claim punitive damages.

(28) The plaintiff claims attorney's fees and expenses pursuant to 42 U.S.C. 1988..