IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

MITCHELL MARBURY,
    Plaintiff,

v.                                    Case No. 4:16-CV-01152-AKK-JHE

WARDEN DEWAYNE ESTES, et al.,
    Defendants.

## PURSUANT TO 28 U.S.C. §1915
### 4(a) [c,] 6.

Should service of process not be perfected by the first method, the court's file should be referred to the appropriate magistrate judge for review. At that time the magistrate judge will enter an order causing the clerk to reissue the summons and directing the U.S. Marshal to serve the defendant personally. Last known address: Beverly Warren, 1000 St. Clair, Rd. Springville, Al 35146, the same as her spouse, Mr. Warren. It would be extremely impossible for plaintiff to provide the court of this defendant home address. But plaintiff will provide the court with the defendant representative or general counsel address.

(1) In the case of, Anne Adams Hill, General Counsel, State of Alabama, Department of Correction, Legal Division P.O. Box 301501 Montgomery, Al 36130-1501

Done this 21st day of August 2016.

                                    Mitchell Marbury
                                    Mitchell Marbury
                                    #188014-E-2-1A
                                    P.O. Box 150
                                    Mt. Meigs, Al 36057