IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MITCHELL MARBURY,
　　Plaintiff,

VS.

WARDEN, DEWAYNE ESTES III,
C.O.I. BEVERLY WARREN,
　　Defendants.

CV-16-K-1152-M

Demand Jury Trial

## MOTION TO NOTIFY CHANGE OF ADDRESS

Pursuant to the Rules of Court, petitioner "Mitchell, Mitchell Marbury", is informing the court that due to being transferred, I'm no longer being housed at Kilby Correction- P.O. Box 150 Mt. Meigs, Al 36057. But now is housed at 8700 Atmore, Al 36503

Date: 9-11-016

Mitchell Marbury
#238174-C-68
8700
Atmore, Al 36503

Mr. Mitchell Newbury
#138014 C-17
3700
Atmore, AL 36503

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

MOBILE
AL 366
12 SEP '16
PM 1 L



Office of
Clerk, United States District Court
Northern District of Alabama
Hugo L Black United States Courthouse
Birmingham, Alabama 35203-2037