IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **MITCHELL MARBURY,** **#138014,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) CASE NO. 2:16-CV-1152-AKK-JHE ) |
| **WARDEN DEWAYNE ESTES, et al,** | ) ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Mary-Coleman Butler and submits this Notice of Appearance as counsel for Defendants Dewayne Estes and Beverly Warren in the above-styled case.

Dated this the 19th day of September, 2016.

        Respectfully Submitted,

        Luther Strange
        Attorney General

        Anne A. Hill (ADA054)
        General Counsel

        /s/ Mary-Coleman Butler
        Mary-Coleman Butler (BUT038)
        Assistant Attorney General

**ADDRESS OF COUNSEL:**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**

Post Office Box 301501
Montgomery, AL  36130-1501
334-353-3879
Marycoleman.Butler@doc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Mitchell Marbury
AIS #138014
Kilby Correctional Facility
PO Box 150
Montgomery AL 36057

/s/ Mary-Coleman Butler
Mary-Coleman Butler (BUT038)
Assistant Attorney General