IN THE UNITED STATES DISTRICT COURT FOR THE

NOTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

| | | |
|---|---|---|
| MITCHELL MARBURY, | ) | |
| #138014 | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.2:16-CV-1152-AKK-JHE |
| WARDEN DEWAYNE ESTES,et al, | ) | |
| Defendants. | ) | |
| | ) | |

PLAINTIFFS SUBMISSION OF AFFIDAVITS AND DOCUMENTS AS
PART OF RESPONSE TO SPECIAL REPORT AND INITTIAL DISCLOSURES
OF PLAINTIFF...

As part of his response report submitted contempaneously herewith
in according with the court order dated _11-2-2016_
Plaintiff Mitchell Marbury,hereby submitts the accompanying
affidavits in support of his response,to defendants special
report.

STATE OF ALABAMA
ATMORE ALABAMA
ESCAMBIAN COUNTY

Sworn to and subscribed before me this _10th_ day of _Nov_ ,2016.

_[signature]_

NOTARY PUBLIC

My Commission Expires Dec. 14, 2016.

_____

MY COMMISSION EXPIRES

_[signature]_ #138014

Mitchell Marbury#138014

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

MITCHELL MARBURY,

#138014                                          )

       Plaintiff,                           )

                           )  CASE NO.2:16-CV-1152-AKK-JHE

vs.                                              )

WARDEN DEWAYNE ESTES,et al,                      )

      Defendants.                             )

                              )

PLAINTIFF INITIAL DISCLOSURES

Comes now,Mitchel Marbury,pro/se and pursuant to Rule 26. (a)(1)
of Fed.R.Civ.P.,and Local Rules 26.1 of the United States Distri-
ct Court,provides the following initial disclosures:
(1)Witness,Mitchell Marbury
#138014-C-17
Holman 3700
Atmore,Ala 36503
Mr. Mitchell Marbury is the plaintiff in this matter and has
knowledge of the allegation contain in his complaint. GSCC perso-
el Kevin O'Connell employeed GSCC Instructor are witnesses to
plaintiff claims and have knowledge to or of the allegation
contained in plaintiff complaint.
Warden D.Estes,III
Beverly Warren,C.O.I

GSCC Personel Kevin O'Connell employeed class-room instructor
are believed to have information regarding the treatment of
inmates at ST. Clair Correction Facility...
Any person subsequently referred to in plaintiffs depositions
of any witnesses,in the plaintiffs responses to request for
production of documents,defendants answer to interrogation and
defendants response to request for production of documents.
2.Relevant Documents;
All documents reffered in defendants initial discolures and
any supplement disclosures.
Plaintiffs institutional files and personal files of both defend-
 ants,all documents,pursuant to local Rule 26. (1)(b)and the
Fed.Rules of Civil P. that are in the defendants possession,cust-
 ody or controll that may be used by the plaintiff,to support
the plaintiff claim/or contention and refute the defendants,defe-
 nses are available for copying and inspection...

### EXHIBITS

Exhibit A.-Medical Records
Exhibit B.-Plaintiff disciplinary reports of March 2,2016
Exhibit C.-ST. Clair Informary body chart of April 23,2016
Exhibit D.-Affidavit of the plaintiff
Exhibit E.-Affidavit of Beverly Warren
Exhibit F.-Affidavit of Warden Dewayne Estes,III
Exhibit G.-Affidavit of Carla Graham,Captain
Exhibit H.-Body chart of Kilby Corrections Facility
Exhibit I.-Photo Copy of RADIOLOGY REPORT
Exhibit J.-Copies of request/complaints of Inmate Marbury #138014

CERTIFICATE OF SERVICE

I,hereby certify that I have this *14* day of *November* ,2016.
Served a copy of the foregoing on the defendants counsel by
placing same in the United States Mail first class,postage,pre-
paid and address as follows:

CLERK OF COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Ave. NORTH
BIRMINGHAM,ALA 35203

GENERAL COUNSEL
Anne Adam Hill
STATE OF ALABAMA OF CORRECTIONS
LEGAL DIVISION P.O. BOX 301501
MONTGOMERY,ALABAMA 36130-1501

Mitchell Marbury #138014
Holman 3700
Atmore,Ala 36503

*Mitchell Marbury #138014*
Mitchell Marbury
#138014-C-17

M/M

EXHIBI-C
Alabama Department of Corrections
**Inmate Body Chart Documentation Form**

CORIZON
HEALTH™



Institution: **SCCF**     Date: **4/23/16**     Time: **2110**

Individual Requesting Body Chart (print name): **Mason**     Title: **Sgt**

**Inmate statement:**
"I got jumped in the dayroom floor" —
"

Description of markings on body diagram:
- ① ≈ 2cm laceration
- ② ≈ 1.5cm laceration
- ③ ≈ 6cm deep laceration
- ④ pin point puncture
- ⑤ ≈ 0.5cm lac to bridge of nose
- ⑥ ≈ 3cm laceration

R    L

**Description of markings:**

① ≈ 2cm laceration - 2cm in depth   ② ≈ 1.5cm laceration - <2cm depth   ③ ≈ 6cm deep bleeding laceration (venous in nature) ④ pinpoint puncture to base of skull - shallow ⑤ ≈ 0.5cm lac to bridge of nose ⑥ ≈ 3cm laceration to back - >2cm in depth

**Check below:**
- ☒ *NET additionally completed and filed in the inmate health record.
- ☐ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _____   Date: **4/23/16**   Time: **2110**

Inmate Name: **Marbury, Mitchell**     AIS #: **138014**   DOB: _____ 65

CP70007AL
Issued 8/2014

EXHIBIT E
File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

2
© 2014 Corizon Health Inc.



# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:**

Transfer from St. Clair. Stab wounds.

Name (print): Marbury, Unitchell  AIS # 138014.  Date of Birth: ___105

Institution: KCF.  Housing Area: Seg.  Date: 04-25-16

Sick Call Form Collected by Health Staff: (JM) (initials) Title: CNA Date: 4/26 Time: 1200

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: Drum RN

Date: APR 26 2016

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ✓ Referral for follow up required; to be scheduled

    (a) ✓ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

N/C

---

Marbury. Mitchell
**Inmate Name**

138014
**AIS#**

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by Inmate
Copy (page 2)-Inmate post health review

© 2014 Corizon Health, Inc.

27

 

### Alabama Department of Corrections
## Inmate Body Chart Documentation Form

Institution: **Kilby**     Date: **4/25/16**   Time: **2128**

Individual Requesting Body Chart (print name): **ADOC**     Title: _____

**Inmate statement:**

"All I know is I got into a physical altercation and they brought me here"

Description of markings (on body diagrams):
- bandage x2
- tattoo
- tattoo
- tattoo
- bandage
- tattoo
- stab wound (R / L head views)

**Description of markings:**

Tattoo on Ⓛ forearm, Ⓡ side of chest, and Ⓡ side of back; stab wound to back of Ⓡ side of head; bandage x 3 to Ⓛ side of shoulder and Ⓛ side of back; stab wounds present per inmate.

Check below:
- ___ *NET additionally completed and filed in the inmate health record.
- ___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **Donja Smith, LPN**     Date: **4/25/16** Time: **2148**

Inmate Name: **Marbury, Mitchell**     AIS #: **138014**   DOB: ____/65

# Alabama Department of Corrections
## Intra-System Transfer / Receiving Screening

**Sending Institution:** SCCF

**Date:** 4/25/16   **Time:** 1715

**Known Allergies:** NKDA

**Date of Last Periodic Health Screening:** 4/6/16 ~~8/20/15~~

**PPD / TB Screening Results:** ⌀ MM  **Date:** 8/20/15

**Current MH Code:** ?   **Current HC Code:** eno'3 1

**Current Rx** ①arm sling / Xray ① shoulder
**✱needs Glaucoma follow-up ✱**

**Current Treatments:** Daily wound care to stab wounds / staples out 5/2/16

**Chronic Care Clinic Enrollment(s):** Glaucoma, S/P stab wounds 4/24/16

**Next CCC visit is due:** 4/16/17

**Current Mental Health Needs:** NONE last seen 2005

**Next Mental Health follow-up is due:** As needed

**Current Diet Ordered:** Regular

**Special Housing Required:** NONE

**Physical Accommodations Required:** NONE

**Prescription Rx Sent:** ___ n/a  ✗ Yes  ___ No
**Number of Cards:** ⌀  KOP-eye gtts
(Note if written prescription/s sent) clinic stock - cleocin
**Other Rx Sent:** - Tylenol
(Do not send actual narcotics – prescription only)

**Health Record(s) Sent:** ✗ Yes (ADOC Intra-System only)
**Number of Volumes:** ③ of 3 (Volume 1 ≠ 2 will be sent later)
___ No (non-ADOC system)

**Nurse Signature / Title:** SXEdperu   **Date:** 4/25/16

---

**Receiving Institution:** KCF.

**Date:** 04·25·16.   **Time:** 2218.

**All Health Record(s) Received:** ✓ Yes  __ No (call for if not)

**Temp:** 97.9  **B/P:** 115/107  **Pulse:** 90  **Resp:** 18
**O2 Saturation:** 96 %   **Weight:** _____ lbs.

S - " I got stabbed."
O - Awake, alert, orientx3
A - Resp. even + unlabored

**Number of Rx Cards Received:** _____  or  ✓ n/a

**Other Rx Received:** _____
_____  or  ✓ n/a

**Medications sent to Pharmacy or are KOP:** ✓ n/a __ Yes
**If KOP:** _____
Received by / Inmate Signature

**Access to Care at this institution discussed and written instruction provided:** ✓ Yes

X Mitchell Marbury
Acknowledged by / Inmate Signature

**Plan:**

| | n/a | Yes |
|---|---|---|
| Treatment Sheet to Clinic Nurse: | ✓ | |
| Chronic Care Referral to CCC Nurse: | | ✓ |
| Mental Health Referral Processed: | ✓ | |
| Medical Referral Processed: | ✓ | |
| Dental Referral Processed: | ✓ | |
| Special Diet order sent to kitchen: | ✓ | |

On-Site Provider Referral Processed: ✓ not indicated or;
_____ Yes / Medical; date scheduled: _____
_____ Yes / Dental; date scheduled: _____
_____ Yes / Mental Health; date scheduled: _____
Pending off-site consults scheduled:
✓ n/a  _____ Yes (by Admin. Assist.)
On-site Provider notified and is scheduled to see this inmate (every 30 days from the date the consult was originally ordered – until the pending appointment is met)
on: _____ (scheduled date).
Nurse Sick-Call required: ✓ PRN
_____ Yes / date scheduled: _____
Special housing accommodation required: ✓ No ___ Yes
If yes, ADOC notified in writing: _____ Yes

**Nurse Signature / Title:** N.Carron vpn.   **Date:** 04·25·16.

---

**Inmate Name** Marbury, Mitchell   EXHIBIT E   **AIS#** 138014   **D.O.B.** ▓▓ 65

CP70009-AL Transfer & Receiving Screening Form, re-issue 6/5/2014   (White – Medical Jacket; Yellow – Transfer Coordination)
ADOC – Office of Health Services; Form E-3-a (attach and use Nurse Progress Note if additional space is needed).

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

MITCHELL MARBURY,           )
#138014,                    )
                            )
    Plaintiff,          )
                            )
vs.                         )   CASE NO. 2:16-CV-1152-AKK-JHE
                            )
WARDEN DEWAYNE ESTES, et al.,)
                            )
    Defendants.         )

## A F F I D A V I T

STATE OF ALABAMA

Jefferson COUNTY

    Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Beverly Warren, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

    My name is Beverly Warren. I am a retired Correctional Officer formerly employed by the Alabama Department of Corrections at the St. Clair Correctional Facility in Springville, Alabama. I am over twenty-one (21) years of age and am competent to execute this affidavit which is based on my personal knowledge.

    I have reviewed the allegations in the Plaintiff's complaint. Specifically, the Plaintiff alleges that, while I was serving as the inmate control services ("ICS") officer at St. Clair Correctional Facility, he made several requests to be moved to a more suitable block or living environment, but that his requests seemed to "fall on deaf ears." This allegation is untrue. The Plaintiff did make several requests asking that he be moved to another dormitory. However, each time that the Plaintiff made such a request, I informed him that I did not have the authority

1

to move him without the prior authorization of a Captain or Warden. I further explained that he would need to speak with a Captain or a Warden about his requests, as all requests must be approved by a person of higher authority before I am allowed to move any inmate. On one occasion, I happened to see a Captain shortly after I had spoken with the Plaintiff and informed the Captain that the Plaintiff wished to speak with him about his living arrangements. I do not, however, recall which Captain I spoke with, nor do I have any personal knowledge about whether or not the Captain followed up with the Plaintiff.

The Plaintiff further alleges that I stated that I would "personally see to it" or fix it so that I would have a legal reason to deny his requests and made numerous remarks indicating that I would prevent him from being moved if he continued to make such requests. These allegations are also false. I never made any of the alleged statements to Inmate Marbury, and I have never taunted inmate Marbury, threatened him with any form of retaliation or harm, or used my authority as ICS officer to prevent him from being moved.

Further, I have never written inmate Marbury a false disciplinary or threatened him with disciplinary action. On March 2, 2016, I observed the Plaintiff masturbating in full view of the pill call cage on the population breezeway and charged him with violated Rule # 923 – Indecent exposure/exhibitionism/lewd conduct. An incident report was later completed by Captain Gary Malone. Inmate Marbury was served with a copy of the disciplinary report on April 28, 2016 by Captain Antonio McClain, but Marbury refused to sign it. On March 4, 2016, I again witnessed inmate Marbury masturbating while standing at the side entrance door of the kitchen and wrote him up for violating Rule # 923 – Indecent exposure/exhibitionism/lewd conduct. He was served with a copy of that disciplinary report by Captain McClain on April 29, 2016, but again refused

2

to sign. Both disciplinary actions were later nolle processed due to a procedural violation. I have never issued inmate Marbury a false disciplinary or threatened him with disciplinary action.

Finally, the Plaintiff alleges that on or about April 18, 2016, he requested that I ask Captain Carla Graham to lock him up due to a warning he received from a friend, who indicated that someone intended to physically harm the Plaintiff. The Plaintiff states that in response to his request, I stated that I would not help him due to the complaints and grievances he had filed against me and told him that he needed to get a "shank" if he didn't have one because there were no cells available and he would not be going to lock-up. The Plaintiff alleges that I then walked off. These allegations are untrue. I did not make any such statements to the Plaintiff, and I would have reminded him that I did not have the authority to move him without him first obtaining the approval of the Captain or a Warden. Further, I had no knowledge that he was in danger of being attacked by another inmate on April 23, 2016. Therefore, I was not and could not have been deliberately indifferent to a known substantial risk of harm to the Plaintiff.

I deny that I have violated the Plaintiff's constitutional rights in any way.

_____
Beverly Warren
Retired Correctional Officer

SWORN TO AND SUBSCRIBED before me this 19th day of September, 2016.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES 6-28-2020

3

Alabama Department of Corrections

# DISCIPLINARY REPORT

403A (1-4)

DISC001

**Incident Report Number:** SCCF-16-00455

1. **Inmate:** MARBURY, MITCHELL      **Custody:** MEDIUM      **AIS:** 00138014X

2. **Institution:** ST.CLAIR CORRECTIONAL FAC.      **Disc #:** SCCF-16-00455-1

3. **The above inmate is being charged by:**      WARREN, BEVERLY B

   **with a violation of the following Rule(s):**

   923 - Indecent exposure / exhibitionism / lewd conduct

   **From Administrative Regulation #403, which occured on or about:**

   Mar  2 2016  1:30PM at Population Breezeway

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On March 2 2016 you inmate Mitchell Marbury were observed masturbating in full view of Officer Warren at the pill call cage

| 03/02/2016 | WARREN, BEVERLY B / Officer |
|---|---|
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this _10th_ day of _March_ , 20 _16_ , at (time) _1:07_ ( am /(pm)), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| _Capt. Carla Graham_ | |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?    (NO: _M. Marbury_      YES: _____

         Inmate's Signature             Inmate's Signature

7. If yes, list:

| AIS: | NAME: |
|---|---|
| AIS: | NAME: |
| AIS: | NAME: |

# DISCIPLINARY REPORT

403A (1-4)

DISC001

**Incident Report Number:**     SCCF-16-00457

**1. Inmate:**     MARBURY, MITCHELL          **Custody:**     MEDIUM          **AIS:** 00138014X

**2. Institution:**     ST.CLAIR CORRECTIONAL FAC.          **Disc #:** SCCF-16-00457-1

**3. The above inmate is being charged by:**          WARREN, BEVERLY B

   with a violation of the following Rule(s):

   923 - Indecent exposure / exhibitionism / lewd conduct

   **From Administrative Regulation #403, which occured on or about:**

      Mar  4 2016  1:30PM at Front of the Kitchen

   **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

   On March 04,2016 Officer Beverly Warren observed inmate Mitchell Marbury B/138014 standing at the side entrance door of the kitchen masturbating.

---

03/04/2016

Date

WARREN, BEVERLY B / Officer

Arresting Officer Name / Title

**5.** I hereby certify that on this ___10th___ day of ___March___, 20 _16_, at (time) ___1:05___ ( am /~~pm~~ ) I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

*Capt. Carla Graham*                     *M. Marbury #138014*

Serving Officer Name / Title                Inmate's Signature / AIS Number

**6. Witnesses desired?**     NO: *M. Marbury*          YES: _____

                                Inmate's Signature                          Inmate's Signature

**7. If yes, list:**     AIS: _____     NAME: _____

                        AIS: _____     NAME: _____

                        AIS: _____     NAME: _____

Run Date: 3/10/2016 12:57:09 PM

Page 1 of 1

## Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: | | 2. Date: | 3. Time: | 4. Inc. No: | SCCF-16-00455 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 3/2/2016 | 1:30:00 PM | Class Code: | C |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Indecent Exposure/Exhibitionism/Lewd Conduct | |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| N/A | |

| 9. Who Received Report: | 10. Time Incident Reported: |
|---|---|
| MALONE, GARY          W | 3/2/2016 1:35:00 PM |

| 11. Location of Incident: |
|---|
| Population Breezeway |

| 12. Victim(s): | Name | AIS |
|---|---|---|
| | N/A | |

| 13. Suspect(s): | Name | AIS |
|---|---|---|
| | MARBURY, MITCHELL | 00138014 |

| 14. Witness(es): | Name | AIS |
|---|---|---|
| | N/A | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: | 16. Chain of Evidence / Location & Date: |
|---|---|
| N/A | N/A |

**17. Narrative Summary:**

On March 02, 2016, at approximately 1:30pm Officer Beverly Warren was placing wrist bands on inmates at the breezeway. Officer Warren observed inmate Mitchell Marbury B/138014 standing at the pill gate with his erect penis in his right hand masturbating. Officer Warren reported the incident to Captain Gary Malone. Inmate Marbury remains in population pending disciplinary action.   3/10/2016 11:03 AM by gary.malone

Signature: _____

EXHIBIT D                                                                    6

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVIVISION

| | |
|---|---|
| MITCHELL MARBURY,<br>#138014<br>     Plaintiff,<br><br>vs.<br><br>WARDEN DEWAYNE ESTES,et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>) CASE NO.2:16-CV-1152-AKK-JHE<br>)<br>)<br>)<br>) |

AFFIDAVIT

Before me,the undersigned authority,a Notary Public,in and for
the said County of Alabama at large,personally appeared Mitchell
Marbury,who being known to me and being by me first dully sworn,-
deposes and say on oath as follows:

My name is Mitchell Marbury,I am over the age of twenty-one(21)
years of age,and competent to testify.

I have read the defendants affidavits and summary judgment and
have respondant to their motion to dismiss.

I,inmate Mitchell Marbury,did drop several request slips and
complaints in Warden DeWayne Estes III,prison institutional
mail box up by the breezway gate,requesting to be removed and
further threats made I recieved from and associate. I wrote
request,complaints,and verbally spoke with Warden Estes,and
C.O.I. Warren concerning being move and the opposed threat before
being stabbed! Concerning my fear of being housed in an invoirim-
ent of gang affiliated individuals who I felt opposed a threat
to my health and safety! In regards of being stabbed I was trans-
ferred to a more dangeriouse facility. prior to my arrival
A C.O.I.,and Warden was stabbed. After my arrival I've witness
over fifthteen stabbing during the short time I've been housed
at this corrections facility and as St. Clair there's no order
of law inforcement or inmates-on-inmates among its wards.

This statement is true and correct to the best of my remembering
of the past events and the present situation at this prison.

Mitchell Marbury #138014

STATE OF ALABAMA

ATMORE ALALBAMA

ESCAMBIAN COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND
OFFICIAL SEAL THIS THE _10th_ DAY OF _November_ ,2016.

NOTARY PUBLIC

My Commission Expires Dec. 14, 2016

MY COMMISSION EXPIRES

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

MITCHELL MARBURY        )
#138014,                 )
                       )
      Plaintiff,         )
                       )
vs.                    )    CASE NO. 2:16-CV-1152-AKK-JHE
                       )
WARDEN DEWAYNE ESTES, et al.,  )
                       )
      Defendants      )

## A F F I D A V I T

Before me, the undersigned authority, a Notary public in and for said County of Alabama at Large, personally appeared DeWayne D. Estes, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is DeWayne Estes, and I am presently employed as a Correctional Warden III with the Alabama Department of Corrections, St. Clair Correctional Facility, Springville, Alabama. I am over twenty – one (21) years of age.

I have read inmate Mitchell Marbury's, #138014, complaint. I have answered his complaint as follows:

Inmate Marbury claims that he wrote me a request on February 12, 2016, concerning a housing movement. I have no knowledge of such a request. I make frequent tours of my facility and speak with several inmates daily. When inmates request housing movement, either by written request or by verbal request, I always refer those requests to the appropriate Correctional Captain to look into the request. The population Captain during this period was Captain Carla Graham. I spoke to Captain Graham who advised that she had no recollection of any request by inmate Marbury for a housing movement.

When any inmate reports any problems they are having, security will always look into the issue for the purpose of solving potential conflicts. When inmates are experiencing issues all they need to do is to report the situation to any Correctional

Officer and the Correctional Officer will report it up their chain of command. These reports are always reviewed and our intent is always to resolve any issues which inmates may have. Inmate Marbury goes on to state that I have failed to take any type action to prevent violent acts at St. Clair Correctional Facility. This is simply not true. I have ensured that our Correctional Officers rove their assigned cell block to increase officers' presence in cell blocks. We employ several different technologies to discover and confiscate contraband. We use metal detectors for inmates coming out of the Trade School and Alabama Correctional Industries to deter any inmate from bringing contraband out of that area and introducing them into our population. We have a metal detector which scans all inmates going into the Infirmary to ensure that contraband does not get into the Health Care unit. We have a portable "cell sense" which we deploy daily at different locations which will detect cell phones, or weapons. We have increased random frisk searches of inmates, and cell searches to detect and confiscate any type of contraband, especially weapons, cell phones, and illegal drugs. We have also increased our searches of entire housing units for the same purpose. Every action that we take is designed to reduce all types of contraband in the facility, especially, weapons, cell phones, and illegal drugs. These actions are intended to reduce violent incidents at St. Clair Correctional Facility.

I deny that I have violated any of inmate Mitchell Marbury's constitutional rights.

DEWAYNE ESTES                7/29/16

STATE OF ALABAMA)

ST. CLAIR COUNTY)

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE 29th DAY OF September , 2016.

Rebecca H. Steel
NOTARY PUBLIC

My commission expires 4/18/17

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **MITCHELL MARBURY**<br>**#138014,** | ) |
| | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CASE NO. 2:16-CV-1152-AKK-JHE** |
| | ) |
| **WARDEN DEWAYNE ESTES, et al.,** | ) |
| | ) |
|     **Defendants** | ) |

### A F F I D A V I T

Before me, the undersigned authority, a Notary public in and for said County of Alabama at Large, personally appeared Carla Graham, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Carla Graham, and I am presently employed as a Correctional Captain with the Alabama Department of Corrections, St. Clair Correctional Facility, Springville, Alabama. I am over twenty – one (21) years of age.

On or about April 18, 2016, I, Captain Carla Graham, did not receive any request slip or any information about inmate Mitchell Marbury B/138014, need to be locked up until he was transferred or until the threat of harm was over based on a warning from a friend that someone intended to harm him. If he did, inmate Marbury never came to me about him needing to move or him being harm by anyone. Officer Beverly Warren never told me anything about inmate Marbury. The only thing I know about inmate Marbury is when Warden Dewayne Estes asked me about inmate Marbury's doing this lawsuit and I interview several inmates as to why inmate Marbury was stabbed. During the interview with those inmates, I discovered that inmate Marbury was stabbed because he had called another inmate's girlfriend, the inmate found out about it and that's why inmate Marbury was

EXHIBIT C      1

stabbed. The inmates stated that they didn't know the inmate's name that stabbed inmate Marbury and stated that the inmate was transferred out.

_Carla Graham_
Carla Graham

SWORN TO AND SUBSCRIBED TO before me on this 12th day of October , 2016.

_Rebecca H. Steele_
NOTARY PUBLIC

My Commission Expires: ___4|18|17___

EXHIBIT C                    2

EXHIBIT-I
# RADIOLOGY REPORT

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.
CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

CONFIDENTIALITY NOTICE: This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

Facility: KILBY CORRECTIONAL FAC - 27288
12201 WARES FERRY ROAD
MT MEIGS, AL  36117-1111

DOS: 05/02/2016
Case: 21510678

Patient: MARBURY, MITCHELL          DOB: ███1965     Age: 50
Number: 138014                       Room: (MEDICAL)

Examination:

CHEST - 2 VIEW (AP and LAT)

Results: The heart is normal in size and configuration. The mediastinum is normal without adenopathy. The lung fields are clear without mass, infiltrate, congestion, or effusion. Bony structures are unremarkable without acute fracture or destructive lesions.

Conclusion: No acute cardiopulmonary disease seen.

Electronically signed by WALTER UYESUGI, D.O. 5/2/2016 5:20:56 PM EDT.

FACIAL BONES MIN. 3V

Results: The osseous structures are unremarkable including grossly intact orbital rims. Maxillary sinuses are unremarkable. No blowout fracture is seen. Depressed nasal bone fracture identified.

Conclusion: Nasal bone fracture

Electronically signed by WALTER UYESUGI, D.O. 5/2/2016 5:20:56 PM EDT.
(Continued on Next Page)

South East Region
13773 ICOT BLVD
CLEARWATER, FL. 33760
800.940.0389

Physician: MARIANNE BAKER, CNP

Please call 800-940-0389 with any questions regarding this report.

# RADIOLOGY REPORT

**THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION.**
**CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.**

**CONFIDENTIALITY NOTICE:** This facsimile (including any accompanying documents) is intended for the use of MobilexUSA or the use of the named addressee(s) to which it is directed, and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee(s) or person(s) authorized to deliver it to the named addressee(s). If you received this facsimile in error, please report the error by calling the MobilexUSA Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date. Once you have reported the error, someone from the Privacy Office will contact you within one business day. They may ask you to fax back the information you received so that the company can correct its records and prevent further miscommunication. Please keep the information in a secure place until you are contacted by the Privacy Office and complete the return of the information to that office. Once this is done, please destroy all copies of the mistakenly sent information, without forwarding it. Thank you for your cooperation.

**Facility:** KILBY CORRECTIONAL FAC - 27288
12201 WARES FERRY ROAD
MT MEIGS, AL  36117-1111

**DOS:** 05/02/2016
**Case:** 21510678

**Patient:** MARBURY, MITCHELL
**Number:** 138014

**DOB:** ▮▮▮/1965   **Age:** 50
**Room:** (MEDICAL)

**Examination: (continued)**

NASAL BONES MIN 3V

Results: Multiple views of the nasal bone demonstrate fracture of nasal ridge with with mild depression.. There is associated soft tissue swelling. No foreign body is seen.

Conclusion: Nasal fracture as described.

Electronically signed by WALTER UYESUGI, D.O. 5/2/2016 5:20:56 PM EDT.

**Radiologist:**          **Date:** 05/02/2016          **Time:** 05:20pm ET

WALTER UYESUGI, DO/LE
RADIOLOGIST
**Physician:** MARIANNE BAKER, CNP

Please call 800-940-0389 with any questions regarding this report.

MobileX USA

South East Region
13773 ICOT BLVD
CLEARWATER, FL 33760
800.940.0389

Dated:2/12/2016

Dear Mr. Estes,
I'm requesting of you to have me moved to N/O building arround
individuals my age. P-Block is not the type of envoiriment i'm
comfortable living in. I've witness over 15 inmates-on-inmates
stabbing incidents within this P/2 along that appeared to be
gang related. There's no morals,or dignity amongst the individua-
ls living in this block I've been assigned too,that I feels
a threat to my safety and health! I'm pleading with you to have
me placed in a more socialable living erea arround individuals
my age range. It would be most truly appreciated if you would
look into this matter as soon as possible!


                              YOURS,TRULY!
                              MITCHELL MARBURY,#138014

4/19/016

Dear Mr. Estes,

I was told by a friend to watch my back,because he got word
someone was out to do harm to me. I immediately went to the
breezway on the 18th of April 2016,and related what I was told
to Mrs. Beverly Warren C.O.I. I requested of her to ask Mrs.
Carla Graham to speak with me cause I'd been told that someone
had the intention of hurting me and I would like to be placed
in lock-up untile I'm transferred or the threat no longer exist.
C.O.I. Beverly Warren stated "do you really think I'ma act upon
your request,after you've filed complaints or grievances against
me ," and then she started laughing,and again stated "you don't
have a knife,if not you need to get one,cause you an't going
to lock-up,there's no cells available,so seem like to me,you've
got a problem." She then walks off as if my pleading didn't
mean nothing,as I was pleading to get Ms. Graham. Now,I'm reques-
ting of you to have me placed in lock-up as soon as you recieve
this complaint cause I'm in fear of been hurt or possible killed!

                                To Warden Estes.
                                Mitchell Marbury #138014-
P                               P-47

4/5/016

Dear Mr. Estes,

I do recall informing you of my concern to be moved or placed
in J/K or N/O. I haven't heard of anything concerning the compla-
int I filed in Febuary 12,2016. The administrator recieving
personal C.O.I. Beverly Warren have since then written me discip-
 linaries false accussing me of voilating a infraction I can
prove is based upon a lie. She has stated in the past,she's
got it in for me,and how she has intentionally lied,and left
it up to me to prove it. I'm pleading with you to see to it
that I'm moved to another block,due to too much voilence I've
witnewss and the lack of security staff at St. Clair prison
facility. I've witness convicts pull knifes on security staffs,-
stabb security staffs,disrespect oneanother and security staff
and nothing is being done to correct the problem. Therefore
I request to be tremoved from a over-rated gang affiliated block
to a program block or one where I can feel safe and secured
an no threat possed upon me! I would appreciate it if you would
act upon this request as soon as possible!

                              Warden III Estes
                              Mitchell Marbury #138014
                              P-47

4/4/016

Dear Mrs. Carter,

This request is to hope you'll confroint your employeed employee
C.O.I. Beverly Warren and discuss with her,why she's not compling
or complying with the S.O.P. Policy of ST. Clair Corrections
Facility. C.O.I. Beverly Warren,on Febuary 29,2016 at the breezw-
ay gate stated "Marbury,you know I'm pissed about the fact of
you being back,I notice the way you be staring at me,I'll put
some paper work on your ass,so watch yourself." A few days later,
arround March 17,2016 I was approached again at the breezway
by
by C.O.I. Beverly Warren,who again stated "have you recieved
your paper work,a lie is a lie prove it!" My first impression,she
was speaking of C.O.I. McGilberry,untile the day I was served
two disciplinaries for voilating Rule 923-Indecent Exposure,I
immediately spoke with C.O.I. Beverlt Warren,who called me off
to myself and stated "when you do dirt,dirt on back on you,what
goes arround comes arround,suck it up chump!" I hope this compla-
int don't result in no write up,for exercising my first,sixth,an-
d fourteenth amendment rights.

                                        Warden III Estes
                                        Mitchell Marbury
                                        #138014-P-47