FILED
2017 May-12 AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MITCHELL MARBURY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 4:16-cv-01152-AKK-JHE |
| **WARDEN DeWAYNE ESTES,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, doc. 24, and with Federal Rule of Civil Procedure 58, the court **ORDERS** that defendants' motion for summary judgment, doc. 18, is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this file.

**DONE** the 12th day of May, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE