FILED
2017 Jun-08 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE

NOTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

MITCHELL MARBURY,

    Plaintiff,

vs.

WARDEN DEWAYNE ESTES, et al.

    Defendants.

CASE NO. 2:16-CV-1152-AKK-JHE

## NOTICE OF APPEAL

Comes now the plaintiff, in the above-styled cause, and submits his **NOTICE OF APPEAL** regarding denial of his **MOTION TO ALTER AMEND AND VACATE THE JUDMENT OF THE COURT**.

Plaintiff requests this court to grant him leave to file **IFP** due to his financial status.

Dated: 6/6/017

*(signed)* Mitchell Marbury

MITCHELL MARBURY
#138014-C1-17-A
3700 HOLMAN UNIT
ATMORE, Al 36503

CERTIFICATE OF SEVICE

I,Mitchell Marbury,swear,verify or states that the foregoing is true
and correct and copy of the same has been respectfully submitted upon
all parties to this action in the district court by placing the same
in the United States Mail Postage Prepaid and addressed to the following:

Clerk,United States District Court
Northern District Of Alabama
Hugo L. Black United States Courthouse
    1729-5th Avenue North
Birmingham,Alabama 35203-2040

                                        MITCHELL MARBURY
                                        #138014-C1-17-A
                                        3700 Holman Unit
                                        Atmore,Alabama 36503

MITCHELL MARBURY
#138014-C1-17-A
3700 HOLMAN UNIT
ATMORE, ALABAMA 36503

MOBILE
AL 365
06 JUN '17
PM 1 L



$ 000.46⁰
JUN 06 2017
MAILED FROM ZIP CODE 36502

"This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated and the ADOC is not responsible for the substance or content of the enclosed communication."

office of
Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
Birmingham, Alabama 35203-2040

35203-200099